FILED
JAN 21 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 20 CR 50008 |
| vs. | ) | |
| | ) | Violation: Title 18, United States Code, |
| CHARLES DAVIS, | ) | Section 922(g)(1) |
| | ) | |
| | ) | **UNDER SEAL** |

Judge Tharp

**COUNT ONE**

MAGISTRATE JUDGE JENSEN

The SEPTEMBER 2019 GRAND JURY charges:

On or about July 22, 2019, at Rockford, in the Northern District of Illinois, Western Division,

CHARLES DAVIS,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Meriden Firearms Co., model unknown, unknown caliber, serial number 10922, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SEPTEMBER 2019 GRAND JURY further charges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America, any firearm and ammunition involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Meriden Firearms Co., model unknown, unknown caliber, serial number 10922, and associated ammunition.

A TRUE BILL

FOREPERSON

John R. Lausch, Jr./MTS
UNITED STATES ATTORNEY